# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 3:22-cv-00421-L-RBB<br><br>ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 29] |

Pending before the Court is Joint Motion and Stipulation for Extension of Time for Defendant to Respond to the First Amended Complaint. (ECF No. 29, "Joint Motion.") The parties provide no reason for the extension, nor is there an explanation for the 30-day time period. Accordingly, for failure to show good cause pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 12.1, the Joint Motion is denied.

**IT IS SO ORDERED.**

Dated: March 30, 2023

_____
Hon. M. James Lorenz
United States District Judge