UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO LOPEZ, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>                                        Defendant. | Case No.: 22-CV-421-L-SBC<br><br>**ORDER ON JOINT MOTION AND STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

Before the Court is the Parties' Joint Motion and Stipulation to Continue Early Neutral Evaluation Conference ("Joint Motion"). (Doc. No. 37.) The Parties move the Court to continue the Video Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") set for July 21, 2023, at 1:30 p.m. (Doc. No. 34.) To support their request, the Parties explain Defendant's representative is not available to participate in the July 21, 2023, ENE and CMC in light of a pre-planned vacation. (Doc. No. 37, 2:17-19.) Having reviewed and considered the entirety of the Parties' submission, the Court finds good cause underlies the Parties' continuance request.

Specifically, Civil Local Rule 16.3(b) and Rule III(c) of this Court's Civil Chambers require party representatives vested with complete settlement authority to participate in any settlement conference. (Civ. L.R. 16.3(b); Civ. Ch.R. III(c).) For this reason, the July 21,

22-CV-421-L-SBC

2023, Video ENE cannot proceed in the absence of Defendant's representative. Accordingly, the Court finds good cause underlies the Parties' continuance request and, in turn, GRANTS the Parties' Joint Motion. To that end, the Court CONTINUES the Video ENE and CMC to **<u>Tuesday, August 8, 2023, at 1:30 p.m.</u>**, consistent with the Parties' availability as indicated in their Joint Motion. (*Id*., 2:19-20.) Chambers will provide the Zoom meeting information to the Parties' counsel in advance of the August 8, 2023, Video ENE and CMC.

   **IT IS SO ORDERED.**

Dated: July 10, 2023

Hon. Steve B. Chu
United States Magistrate Judge