UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No.: 22-CV-421-L-SBC<br><br>**ORDER SETTING DEADLINE TO EXCHANGE INITIAL DISCLOSURES** |

As indicated in their July 7, 2023, Joint Discovery Plan lodged with this Court's Chambers, the Parties have not exchanged initial disclosures in this Action to date. Given the circumstance, the Court ORDERS the Parties to exchange initial disclosures consistent with Rule 26(a)(1)(A)-(D) of the Federal Rules of Civil Procedure **no later than Tuesday, July 25, 2023**.

**IT IS SO ORDERED.**

Dated: July 11, 2023

_____
Hon. Steve B. Chu
United States Magistrate Judge