**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCIO LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00421-L-RBB<br><br>ORDER OF DISMISSAL<br><br>[ECF No. 59] |

　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Joint Motion for Dismissal of Claims (ECF no. 59) is granted. Accordingly, Plaintiff's claims against Defendant are dismissed with prejudice as to Plaintiff individually and without prejudice as to the putative class.

　　**IT IS SO ORDERED.**

Dated: June 13, 2024

_____
Hon. M. James Lorenz
United States District Judge